UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

Petitioner

MBD No. 03-10374-JLA

v.

HERBERT YOLIN
Defendant

## APPEARANCE

To the Clerk of the above referenced Court please enter my appearance for the Defendant in the above titled action.

Herbert Yolin
by his attorney

_____
Timothy J. Burke
Burke & Associates
B.B.O.# 543837
400 Washington Street
Braintree, MA   02184
Dated: May 25, 2004                (781) 380-0770

### Certificate of Service

I hereby certify that a true copy of the above document was served upon each attorney of record via first class mail on May 25, 2004.

_____
Timothy Burke