UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY 26  A 11: 19

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA

Petitioner

v.

HERBERT YOLIN
Defendant

MBD No. 03-10374-JLA

### ASSENTED TO MOTION FOR A CONTINUANCE

Now comes the Defendant in the above entitled action and move this honorable court to continue the hearing scheduled on May 27, 2004 at 10:30 A.M. regarding the Order to Show Cause issued in this matter.

As reasons therefore the Defendant states the following:

1. That counsel for the Defendant has been recently retained.

2. That a continuance of 45 days will allow the parties the opportunity to attempt to resolve their differences without the expenditure of the Court's time or resources.

Herbert Yolin
by his attorney

Timothy J. Burke
Burke & Associates
B.B.O.# 543837
400 Washington Street
Braintree, MA   02184
(781) 380-0770

Dated: May 25, 2004

1

Assented to:

_____
Anton Giedt
United States Attorney's Office
United States Courthouse
Suite 9200
1 Courthouse Way
Boston, MA   02110
617-748-3282

### Defendant's Certificate of Compliance with Local Rule 7.1.

Plaintiff's counsel hereby certifies that his office telephoned counsel for the Plaintiff, Anton Giedt, on this date. Mr. Geidt gave his assent to this motion.

### Certificate of Service

I hereby certify that a true copy of the above document was served upon each attorney of record via first class mail on May 25, 2004.

_____
Timothy Burke

2