FILED IN OPEN COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

U.S. DISTRICT COURT

JUL 14 2004

RECEIVED

UNITED STATES OF AMERICA

**Plaintiff**

v.

Civil Action No.
03CV-10374-JLA

**HERBERT YOLIN**
**Respondent**

### HERBERT YOLIN'S ANSWER TO THE PETITIONER'S PETITION

The Respondent, Herbert Yolin, responds to the Petition of the United States as follows:

1. This paragraph constitutes a conclusion of law for which no response is required.

2. The Respondent is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2 of the Petitioner's Petition

3. The Respondent denies that he resides at 1842 Beacon Street, Brookline, MA. The second sentence of the Petition requires a conclusion of law to which no response is required. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the remainder of allegations contained in paragraph 3 of the Petitioner's Petition.

4. This paragraph constitutes a conclusion of law for which no response is required.

1

5.   The first sentence of this paragraph requires a conclusion of law for which no response is required. Respondent is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the remainder of this paragraph.

6.   The Respondent denies.

7.   The Respondent denies.

**AFFIRMATIVE DEFENSES**

1.   The Respondent is in possession of information requested and its request is in bad faith.

2.   The Respondent objects to the subject Summons to the the extent that it requests information which is not in the Respondent's possession or control.

3.   The Respondent objects to the Summons to the extent that his response thereto would be violative of right against self incrimination as protected by the Fifth Amendment to the United States Constitution.

Herbert Yolin
by his Attorney

/s/Timothy Burke
Timothy J. Burke
BBO# 543837
400 Washington Street
Braintree, MA   02184
(781) 380-0770

Dated: July 14, 2004

2

## Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record in hand on July 14, 2004.

/s/Timothy Burke
Timothy Burke