UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Petitioner,<br><br>v.<br><br>HERBERT S. YOLIN,<br>   Respondent. | )<br>)<br>)<br>)<br>)  M.B.D. No. 03-10374-JLA<br>)<br>)<br>)<br>) |

**ASSENTED TO MOTION TO WITHDRAW PETITION
TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**

  The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves this Court to withdraw its Petition to Enforce Internal Revenue Summons which was filed with this Court on November 25, 2003.

  The petitioner now seeks to withdraw because the respondent has complied in part with the Internal Revenue Service Summons, and we are unable to pursue this matter any further.

              Respectfully submitted:

              MICHAEL J. SULLIVAN,
              United States Attorney

         By: /s/ Anton P. Giedt
            ANTON P. GIEDT
            Assistant U.S. Attorney
            John Joseph Moakley U.S. Courthouse
            1 Courthouse Way - Suite 9200
            Boston, MA  02210
            (617) 748-3282

Assented to:

/s/ Timothy Burke (APG) _____
Timothy Burke, Esq.
Burke & Associates
400 Washington Street, Suite 303
Braintree, MA 02184
(781) 380-0770

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the parties of record a copy of the foregoing document by electronic mailing, or by first class mail, postage prepaid.

                                          /s/ Anton P. Giedt_____
                                          ASSISTANT UNITED STATES ATTORNEY

Dated: January 19, 2005